```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


PNC BANK, NATIONAL                    CIVIL ACTION
ASSOCIATION


VERSUS                                NO: 07-9052


MBS REALTY INVESTORS, LTD.,           SECTION: J
ET AL
```

**ORDER AND REASONS**

Before the Court is Plaintiff PNC Bank, National Association's ("PNC") **Motion to Establish Amount of Attorneys' Fees, Costs and Expenses (Rec. Doc. 43).** Originally this motion, set for hearing on April 16, 2008 on the briefs, was opposed. However, subsequent to filing their memorandum in opposition, Defendants MBS Realty Investors, Ltd. ("MBS") and Carol and Michael Smuck (the "Smucks") have since withdrawn it and have represented to the Court that they have no objection to PNC's motion.

Accordingly, as it appears to the Court that the motion has merit, this Court now finds that attorneys' fees and costs should be awarded in the following manner and amounts: (1) $42,830.00 in attorneys' fees to represent period of time through February 29, 2008;[1] and (2) $447.44 in costs and expenses to represent a

---

[1] PNC also requests additional attorneys' fees and costs for services rendered after February 29, 2008 through March 31, 2008,

period of time through February 29, 2008; or a total amount of $43,277.44. Accordingly,

**IT IS ORDERED** that PNC's **Motion to Establish Amount of Attorneys' Fees, Costs and Expenses (Rec. Doc. 43)** should be and is hereby **GRANTED** insofar as PNC is to be awarded attorneys fees in the amount of $42,830.00 and costs in the amount of $447.44.

New Orleans, Louisiana this 1st day of May, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

as well as attorneys' fees and costs incurred in connection with the instant motion. There amounts were detailed in a supplement to the instant motion that was subsequently filed with the Court. However, once Defendants withdrew their opposition, PNC withdrew its supplement. The Court construes this withdrawal as a withdrawal of PNC's request for the additional attorneys' fees and costs post-February 29, 2008.